PROB 35  Report and Order Terminating Supervised Release
Prior to Original Expiration Date

---

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

        v.  Criminal No.   08-CR-40-bbc-01

Shawn Robert Burrus

    On December 10, 2001, Shawn Robert Burrus appeared in the Eastern District of Virginia before U.S. District Judge James C. Cacheris for sentencing, having pled guilty to conspiracy to distribute 500 grams or more of cocaine, in violation of 21 U.S.C. § 841(a)(1) & 846, a Class B felony.  He was sentenced to 188 months' imprisonment to be followed by five years' supervised release.  On May 27, 2005, this sentence was reduced to 66 months' imprisonment to be followed by five years' supervised release.  On November 17, 2007, Mr. Burrus began his term of supervised release.  On March 18, 2008, jurisdiction was transferred to the Western District of Wisconsin.

Mr. Burrus has maintained steady employment and housing throughout his term of supervised release.  He completed drug treatment and all urine tests have been negative, with the exception of one positive test for marijuana submitted on October 30, 2009.  On May 12, 2012, Mr. Burrus is scheduled to graduate with honors from University of Wisconsin-La Crosse with a triple major in Finance, Economics, and Political Science Pre-Law. He has had no other apparent violations of his conditions of supervised release, has complied with the rules and regulations of supervised release, and is no longer in need of supervision.

Accordingly, it is recommended that Shawn Robert Burrus be discharged from supervision.

Assistant U.S. Attorney Peter M. Jarosz has no objection to this recommendation.

                                  Respectfully submitted,
                                  /s/

                                Traci L. Jacobs
                                U.S. Probation Officer

## ORDER OF THE COURT

    Pursuant to the above report, it is ordered that Shawn Robert Burrus be discharged from supervision and that the proceedings in this case be terminated.

    Dated this   13th   day of   April  , 2012.

                                /s/ Barbara B. Crabb
                                Honorable Barbara B. Crabb
                                U.S. District Judge